UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL GOFF,

    Defendant.
_____/

Case No. 1:25-cr-148-1

HON. JANE M. BECKERING

**ORDER REGARDING REPORT AND RECOMMENDATION**

On October 24, 2025, the United States Magistrate Judge issued a Report and Recommendation (R&R), accepting Defendant's plea of guilty, subject to final acceptance of the plea by the District Judge; reserving acceptance of the plea agreement (ECF No. 3) for the District Judge; and recommending that the District Judge "reject the so-called 'Hyde Waiver,' as against public policy and void as a matter of law" (R&R, ECF No. 14 at PageID.50).

Having reviewed the Report and Recommendation, the Court determines that the Magistrate Judge's recommendation to reject the so-called Hyde Waiver in the Plea Agreement is properly rejected. "It is well settled that a defendant may waive any right, even a constitutional right, by means of a plea agreement." *United States v. Sawyer*, 825 F.3d 287, 291 (6th Cir. 2016) (citation omitted). In addition, the Court determines that the plea agreement must be either accepted in full or rejected in full. Finally, the Court finds the Hyde Waiver permissible and an accepted practice within this district. Accordingly:

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 14) is APPROVED IN PART and REJECTED IN PART; specifically, the Court rejects the Magistrate Judge's recommendation to reject the so-called Hyde Waiver but otherwise approves and adopts the remainder of the Report and Recommendation as the Opinion of the Court.

2. Defendant's plea of guilty is accepted, and Defendant is adjudicated guilty of the charge set forth in Count One of the single-count Felony Information.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated: November 10, 2025                    /s/ Jane M. Beckering
                                            JANE M. BECKERING
                                            United States District Judge